**CRITCHLEY, KINUM & VAZQUEZ, LLC (MC-9956)**
75 Livingston Avenue
Roseland, New Jersey 07068
(973) 422-9200
Attorneys for Defendant Michael McGrath

### UNITED STATES DISTRICT COURT
### DISTRICT OF NEW JERSEY
(Honorable Katharine S. Hayden, U.S.D.J.)

| | |
|---|---|
| UNITED STATES OF AMERICA, | Criminal No.: 09-436 |
| v. | |
| MICHAEL MCGRATH, | **ORDER MODIFYING BAIL CONDITIONS** |
| Defendant. | |

**THIS MATTER** having come before the Court by defendant Michael McGrath through his attorney Michael Critchley, Esq., and with the consent of the United States Attorney's Office for the District of New Jersey (Mark Coyne, A.U.S.A., appearing), and with the consent of Pretrial Services (Michele Roman, appearing), and for good cause being shown;

**IT IS** on this 17th day of June, 2009,

**ORDERED** that defendant Michael McGrath's bail conditions in the above matter are hereby modified so that it will provide that Gail McGrath has until June 22, 2009, to provide an original signature (or signature through a power of attorney) to the United States District Court Clerk's office concerning the Certificates of Deposit and Individual Retirement Account that she is posting for bail in this matter; and

**IT IS FURTHER ORDERED** that defendant Michael McGrath comply fully with any and all notice and reporting requirements deemed necessary by Pretrial Services.

_____
Hon. Katharine S. Hayden, U.S.D.J.

**The undersigned hereby consent to the entry of the within Order:**

Attorney for defendant Michael McGrath

_/s/ Michael Critchley_
MICHAEL CRITCHLEY, ESQ.
Dated: 6/15/09

Unites States Attorneys Office
Attorneys for the United States

_____
MARK COYNE, A.U.S.A.
Dated:

United States Pretrial Services Office

_/s/ Michele Roman_
MICHELE ROMAN
Dated: 6/15/09