Critchley, Kinum and Vazquez
75 Livingston Avenue
Roseland, NJ 07068
Tel. 973-422-9200
Fax: 973-422-9700
Attorneys for Defendant Michael J. McGrath

## UNITED STATES DISTRICT COURT
## DISTRICT OF NEW JERSEY

| | |
|---|---|
| United States of America, | Hon. Katharine S. Hayden, U.S.D.J. |
| Plaintiff, | Crim. No.: 09-CR-436 |
| v. | |
| Michael McGrath, | Consent Order Modifying Conditions of Bail |
| Defendant. | |

This matter having been opened to the Court by Defendant Michael J. McGrath through his counsel Critchley, Kinum, and Vazquez (by John Michael Vazquez, Esq.); and the United States Attorney's Office (by Mark E. Coyne, A.U.S.A.) and the United States Pretrial Services Office having consented to the entry of the order; and the for good cause shown;

IT IS ON THIS 16th DAY OF September, 2009

**ORDERED** THAT the property located at 23 East Channel Way, Ocean Beach, New Jersey, owned jointly by Defendant Michael McGrath and his brother, James McGrath, may be sold (and, accordingly, any federal liens on the property resulting from its posting to secure the original bail in this matter, be lifted to permit such sale) so long as the property is sold for fair market value in an arms-length transaction to a third party or parties with whom neither Defendant Michael McGrath nor his brother James McGrath have a relationship; and it is further

**ORDERED** THAT the proceeds of the sale of the property (exclusive of payment of any outstanding mortgage(s) on the property and payment of any reasonable fees, costs, and commissions related to the sale) shall be posted with the Clerk of the Court to secure Defendant Michael McGrath's bail in this matter.

HON. KATHARINE S. HAYDEN,
United States District Judge

The form and entry of
The foregoing Order is hereby
Consented to by the undersigned:

John Michael Vazquez, Esq.
Attorney for Defendant Michael McGrath

Mark E. Coyne, A.U.S.A.
United States Attorney's Office