Critchley, Kinum and Vazquez
75 Livingston Avenue
Roseland, NJ 07068
Tel. 973-422-9200
Fax: 973-422-9700
Attorneys for Defendant Michael J. McGrath

## UNITED STATES DISTRICT COURT
## DISTRICT OF NEW JERSEY

| | |
|---|---|
| United States of America, | Hon. Katharine S. Hayden, U.S.D.J. |
| Plaintiff, | |
| | Crim. No.: 09-CR-436 |
| v. | |
| Michael McGrath, | Consent Order Regarding Conditions of Bail |
| Defendant. | |

This matter having been opened to the Court by Defendant Michael J. McGrath through his counsel Critchley, Kinum, and Vazquez (by John Michael Vazquez, Esq.); with the consent of the United States Attorney, Paul J. Fishman, (by Mark E. Coyne, A.U.S.A.); and the for good cause shown;

IT IS ON THIS _16th_ DAY OF _February_, 2010

**ORDERED** THAT part of the property posted for bail in the above matter, specifically T.D. Wealth Management, Account No. C62-082767, account holder: Susan McGrath, with a current balance of approximately $102,000 (the "TD Account"); can be transferred to MetLife, Account No. 7700041186, account holder: Susan McGrath (the "MetLife Account") and it is further

**ORDERED** THAT following the transfer, the MetLife Account shall serve as a substitute for the TD Account for bail in this matter and that no monies may be withdrawn or removed from either account for any reason other than the transfer; and it is further

**ORDERED** THAT any federal liens on the TD Account due to the bail in this matter shall be lifted solely to permit the transfer to the MetLife Account and, following the transfer, such liens shall then be made against the MetLife Account.

```
_____
HON. KATHARINE S. HAYDEN,
United States District Judge
```

The form and entry of
The foregoing Order is hereby
Consented to by the undersigned:

_____
John Michael Vazquez, Esq.
Attorney for Defendant Michael McGrath

_____
Mark E. Coyne, A.U.S.A.
United States Attorney's Office