John Michael Vazquez, Esq.
Critchley, Kinum & Vazquez
75 Livingston Ave., 3rd Fl.
Roseland, NJ 07068
Phone – 973-422-9200
Attorney for Defendant Michael J. McGrath, Jr.

| | |
|---|---|
| United States of America, | Docket No. 2:2009-436-01 (KSH) |
| v. | ORDER MODIFYING DEFENDANT'S REPORT DATE TO THE BUREAU OF PRISONS |
| Michael J. McGrath, Jr., | |
| Defendant. | |

This matter having been brought to the Court by defendant Michael J. McGrath, Jr., through his counsel (John Michael Vazquez, Esq.), on notice to the United States of America (Mark Coyne, A.U.S.A. for Paul Fishman, U.S. Attorney for the District of New Jersey); and the Court having sentenced Mr. McGrath and entered a Judgment of Conviction on February 24, 2011; and the Bureau of Prisons having designated Mr. McGrath to the Federal Correctional Institution located at Jesup SCP with a voluntary surrender date of April 16, 2011; and Mr. McGrath having moved the Court to modify his voluntary surrender date to April 18, 2011; and the United States of America not having any objection thereto, and for good cause shown

IT IS ON THIS 22nd DAY OF MARCH, 2011, hereby

ORDERED that Mr. McGrath's voluntary surrender to the Federal Correctional Institution at Jesup SCP is hereby modified to April 18, 2011 at noon.

_____
KATHARINE S. HAYDEN
United States District Judge