John Michael Vazquez, Esq.
Critchley, Kinum & Vazquez
75 Livingston Ave., 3rd Fl.
Roseland, NJ 07068
Phone – 973-422-9200
Attorney for Defendant Michael J. McGrath, Jr.

| | |
|---|---|
| United States of America, | Docket No. 2:2009-436-01 (KSH) |
| v. | ORDER RECOMMENDING DEFENDANT'S RE-DESIGNATION TO THE BUREAU OF PRISONS |
| Michael J. McGrath, Jr., | |
| Defendant. | |

This matter having been brought to the Court by defendant Michael J. McGrath, Jr., through his counsel (John Michael Vazquez, Esq.); on notice to the United States of America (Mark Coyne, A.U.S.A. for Paul Fishman, U.S. Attorney for the District of New Jersey); and the Court having sentenced Mr. McGrath and entered a Judgment of Conviction on February 24, 2011 recommending that the Bureau of Prisons ("BOP") designate Mr. McGrath to Federal Correctional Institution ("FCI") Jesup in Georgia; and on March 14, 2011, the BOP having designated Mr. McGrath to the FCI located at Jesup SCP; and on March 21, 2011, the BOP having re-designated Mr. McGrath to FCI Loretto in Pennsylvania; and the apparent reason for the re-designation being that Mr. McGrath qualifies for a low security BOP facility rather than a BOP camp; and given that Mr. McGrath's daughter, spouse, and mother, currently reside in South Carolina and Florida; and given that Mr. McGrath's current residence at 228 Highland Avenue, Montclair, New Jersey being in foreclosure; and so that Mr. McGrath can be housed by the BOP in a facility that is in relatively close proximity to his daughter, spouse, and mother; and the United States of America not having any objection thereto, and for good cause shown

IT IS ON THIS 30th DAY OF MARCH, 2011, hereby

ORDERED that Court recommends to the BOP that it re-designate Mr. McGrath to the low security facility, not camp, at FCI Jesup in Georgia, and if FCI Jesup is not available, then the Court recommends to the BOP that to the BOP that it re-designate Mr. McGrath to the low security facility at FCI Coleman in Florida.

KATHARINE S. HAYDEN
United States District Judge