John Michael Vazquez, Esq.
Critchley, Kinum & Vazquez
75 Livingston Ave., 3rd Fl.
Roseland, NJ 07068
Phone – 973-422-9200
Attorney for Defendant Michael J. McGrath, Jr.

---

| | | |
|---|---|---|
| United States of America, | : | Docket No. 2:2009-436-01 (KSH) |
| | : | |
| v. | : | ORDER DISCHARGING BAIL |
| | : | |
| Michael J. McGrath, Jr., | : | |
| | : | |
| Defendant. | : | |

---

This matter having been brought to the Court by defendant Michael J. McGrath, Jr., through his counsel (John Michael Vazquez, Esq.), on notice to the United States of America (Mark Coyne, A.U.S.A. for Paul Fishman, U.S. Attorney for the District of New Jersey); and the Court having sentenced Mr. McGrath and entered a Judgment of Conviction on February 24, 2011; and Mr. McGrath having voluntarily surrendered to the Bureau of Prison and having begun serving his sentence in this matter; and the United States of America not having any objection thereto, and for good cause shown

IT IS ON THIS ____16th____ DAY OF MAY, 2011, hereby

ORDERED that the bail in this matter, set forth in a June 11, 2009 Order of Release, is hereby discharged, and it is further

1

ORDERED that any property or monies posted to secure the bail in this matter are to be returned to the appropriate persons who posted them, and any property that was encumbered to secure the bail is to be released from any encumbrance in connection with the bail in this matter.

KATHERINE S. HAYDEN
United States District Judge